

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Warren Development, LLC,      * From the 385th District Court
of Midland County,
Trial Court No. CV60766.

Vs. No. 11-24-00161-CV      * March 13, 2025

Subway Real Estate, LLC; Double C      * Memorandum Opinion by Williams, J.
Sub Co., LLC; and Kristen Chandler,      (Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Warren Development, LLC.